

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Gabriel Skylar Caswell, Appellant

No. 06-25-00008-CR          v.

The State of Texas, Appellee

Appeal from the 43rd District Court of Parker County, Texas (Tr. Ct. No. CR23-1002).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Gabriel Skylar Caswell, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MARCH 24, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk